IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 18-00073 DKW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| vs. | ) | AND RECOMMENDATION TO |
| | ) | DENY REQUEST FOR JUDICIAL |
| NATHAN YUEN GRIT LUM , | ) | RECOMMENDATION FOR |
| | ) | TRANSFER TO HOME |
| Defendant. | ) | CONFINEMENT |
| _____ | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY REQUEST FOR JUDICIAL RECOMMENDATION FOR TRANSFER TO HOME CONFINEMENT

Findings and Recommendation having been filed and served on all parties on May 08, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(B) and Local Rule 74.1, the "Findings and Recommendation to Deny Request for Judicial Recommendation for Transfer to Home Confinement", ECF No. 50, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: May 26, 2020 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge