PROB 12B
(Rev 04/17 D/HI)

# United States District Court

## for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII  *cc*
Nov 10, 2022, 2:57 pm
John A. Mannle, Clerk of Court

**Request for Modifying the Conditions of Supervision
With Consent of the Person Under Supervision**
*(Probation Form 49, Waiver of Hearing, is Attached)*

Subject:   NATHAN YUEN GRIT LUM          Case No.:CR 18-00073DKW-01

Name of Sentencing Judicial Officer:          The Honorable Derrick K. Watson
                                                               U.S. District Judge

Original Offense:                    Count 2: Aggravated Identity Theft, a Class E felony;

                                          Count 5: Failure to File Tax Return, a Class A
                                          misdemeanor.

Date of Original Sentence:    1/29/2020

Original Sentence:                30 months imprisonment, to be followed by 12 months
                                          Supervised Release

Current Term of Supervision Commenced:  01/14/2022

## PETITIONING THE COURT

☒      To modify the conditions of supervision as follows:

Special Condition          You must complete 20 hours of community service per week until
No. 11                        you are gainfully employed, full-time (at least 30 hours per week).
                                  Should you not be employed full-time within 90 days of this
                                  modification, your community service hours will increase to 32
                                  hours per week, until you are gainfully employed, full-time.

## STATEMENT OF FACTS

        On 10/14/2021, Mr. Lum was released by the Bureau of Prisons (BOP) to the
supervision of our office, on the Federal Location Monitoring Program (FLM). During this
time, he lived at his approved residence with his son and secured full time employment
with Seaglass Productions. He also began making payments towards his restitution.

        On 1/14/2022, Mr. Lum began his term of supervised release. Shortly thereafter,

PROB 12B
(Rev 04/17 D/HI)

Mr. Lum was laid off from his employment at Sea Glass Productions, as the series they were filming ended. Since that time Mr. Lum has not been able to secure full time employment. Daily review of Mr. Lum's job search efforts confirms that Mr. Lum is making a sincere effort to seek out employment. He has also sought assistance through temporary employment agencies, but to no avail. Mr. Lum feels that he is struggling with securing employment because employers are not interested in hiring him once they learn of his age or his previous role in the Longshoreman's union.

On 8/16/2022, this officer met with Mr. Lum at the Probation Office to discuss the proposed modification. In this regard, this officer explained the purpose of the proposed modification was to ensure that Mr. Lum spends his free time engaged in prosocial activities until he secures employment. In addition, it was explained to Mr. Lum that community service could provide him with further opportunities to seek employment, as he will be able to demonstrate his employability with various agencies in the community. Mr. Lum was also advised of his rights before any changes can be made to his conditions of supervision. Mr. Lum expressed understanding for the proposed modification and asked for time to talk with his attorney before agreeing to the modification.

On 8/23/2022, after consulting with his attorney, Mr. Lum agreed with the proposed modification and provided this officer with the signed Waiver of Hearing to Modify Conditions of Supervised Release.

Attached is the signed Waiver of Hearing to Modify Conditions of Supervised Release. Mr. Lum waives his right to a hearing and to assistance of counsel, and agrees to the modification of his conditions of supervised release. Mr. Lum's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/13/2022

Respectfully submitted by,

_____
Tarama Fuatagavi
U.S. Probation Officer

PROB 12B
(Rev 04/17 D/HI)

Approved by:



_____
Lisa Jicha
Supervising U.S. Probation Officer

PROB 12B
(Rev 04/17 D/HI)

---

## ORDER OF THE COURT

THE COURT ORDERS:

☒    The Modifications of Conditions as Recommended by the U.S.
      Probation Officer

or

☐    No Action/Other

      Considered and ordered this day of , and ordered filed and made a part of the records in the above case.

      DATED:  September 14, 2022 at Honolulu, Hawaii.



      /s/ Derrick K. Watson
      Derrick K. Watson
      United States District Judge

PROB 49
(5/96)

# United States District Court

## District of Hawaii

Waiver of Hearing to
Modify Conditions of Supervision

I have been told and understand that I have the right to a hearing and to the assistance of an attorney before any change may be made to the conditions of my supervision. I understand that I have the right to be represented at the hearing by an attorney of my own choosing if I am able to pay for one. I also understand that if I can not afford to pay for an attorney, the Court will provide an attorney to represent me at such a hearing at no cost to me.

With my signature below, I voluntarily waive my right to a hearing and to the assistance of any attorney, and agree to the following modification of my conditions of supervision.

☐    To extend the term of supervision for _____ month(s), for a total term of _____ month(s).

☒    To modify the conditions of supervision as follows:

Special Condition No. 11    You must complete 20 hours of community service per week until you are gainfully employed, full-time (at least 30 hours per week). Should you not be employed full-time within 90 days of this modification, your community service hours will increase to 32 hours per week, until you are gainfully employed, full-time.

Witness:                                        Signed:


_____          _____
Tarama Fuatagavi                                Nathan Yuen Grit Lum
U.S. Probation Officer                          Person Under Supervision

                        8/23/22
                        Date